

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-23-00210-CV

**PHILIP MORGAN IRELAND,**

                                                   **Appellant**

 **v.**

**THE COUNTY OF FREESTONE, TEXAS,**

                                                   **Appellee**

_____

### From the 87th District Court
### Freestone County, Texas
### Trial Court No. CV22279

_____

## MEMORANDUM OPINION

_____

Phillip Morgan Ireland appealed the trial court's Final Judgment regarding Freestone County's ability to sell Ireland's property for delinquent taxes. Ireland's brief in this appeal was due December 15, 2023. On December 11, 2023, the Court received a document from Ireland. The document did not concern the appeal; rather, it concerned an alleged discrimination against Ireland by a bank regarding a loan for a new vehicle. By letter dated January 4, 2024, the Clerk of this Court informed Ireland that his December 11, 2023 document could not be considered Ireland's brief, even construing it liberally for a pro se appellant like Ireland. In the same letter, the Clerk warned Ireland

that his appeal would be dismissed unless, within 21 days from the date of the letter, a brief was filed in substantial compliance with the Court's briefing rules set out in Texas Rule of Appellate Procedure 38.1 or a response showing grounds for continuing the appeal was filed.

On January 18, 2024, the Court received a document from Ireland directed to the United States District Court for the Western District of Texas, listing Patrick Simmons, Robert L. Meyers, the State of Texas, and the State Bar Association as defendants and entitled, "5.5 MILLION DOLLAR CIVIL LAWSUIT FOR WRONGFUL FORECLOSURE." With this document, Ireland is attempting to file, or is providing us with a courtesy copy of, a federal civil lawsuit against two individuals and two entities.[1]  The document, clearly, is not a brief for this appeal.

More than 21 days have passed and neither a brief in substantial compliance with the Rules of Appellate Procedure for this appeal nor a response showing grounds for continuing this appeal have been filed.  Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Opinion delivered and filed February 8, 2024
[CV06]

---

[1] These two individuals and two entities are not parties to the appeal in this Court.